## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * * | |
| v. | * * | CRIM. NO. 17-220 (JMV) |
| James Olla | * * * | |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR STATUS CONFERENCE HEARING

In accordance with Standing Order 2020-06, this Court finds:

☑    That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

☑    That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:


Accordingly, the proceeding(s) held on this date may be conducted by:

☑    Video Teleconferencing

☐    Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐    The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐    Other:


Date: May 11, 2020

Honorable John Michael Vazquez
United States District Judge